# NEED EMERGENCY INTERVENTION---Fw: 7 Chester Rd., Belmont, MA 05/18/23 (Officer Mike Horan)

janet pidge <jjpidge@hotmail.com>
Fri 5/10/2024 12:14 PM

To:Hoag, Jamie D (AGO) <Jamie.D.Hoag@mass.gov>
Cc:ago@state.ma.us <ago@state.ma.us>;donna.villanucci@mass.gov <donna.villanucci@mass.gov>;kevin.r.hayden@state.ma.us <kevin.r.hayden@state.ma.us>;Marc (SUF) <marc.tohme@mass.gov>;mara@maradolan.com <mara@maradolan.com>;Erin Murphy <erin.murphy@boston.gov>;joseph.masciangioli@masenate.gov <joseph.masciangioli@masenate.gov>; Ronald.Mariano@mahouse.gov <Ronald.Mariano@mahouse.gov>;linda.champion@mass.gov <linda.champion@mass.gov>; doj-cpb@doj.nh.gov <doj-cpb@doj.nh.gov>;Lydia (SEN) <lydia.edwards@masenate.gov>;Ann (SUF) <ann.benenati@mass.gov>;kcormier@lpubliccounsel.net <kcormier@lpubliccounsel.net>;jnc@state.ma.us <jnc@state.ma.us>; David.Giannotti@state.ma.us <David.Giannotti@state.ma.us>;Jennifer.cotter@mass.gov <Jennifer.cotter@mass.gov>; jodi.cohen@ic.fbi.gov <jodi.cohen@ic.fbi.gov>;john.mawn@pol.state.ma.us <john.mawn@pol.state.ma.us>; David.Wilson@umb.edu <David.Wilson@umb.edu>;jeffrey.s.shapiro@mass.gov <jeffrey.s.shapiro@mass.gov>

Dear Assistant Attorney General Hoag,

As reported, on August 11, 2023 Attorney General Andrea Campbell ILLEGALLY put me on a 'No-Visit-List.' Following the paper trail, the AG did not like what she saw. Campbell's connections to former AG Maura Healey (and others) is clouding her judgment to do her job and willfully obstructing justice.

The AG is deliberately putting my fragile life in higher danger. State Police Detective David Solet (at the AG's Criminal Bureau) believes I am telling the truth about the premeditated MURDERS and other egregious crimes. Others, including Lynnfield Attorney Michael C. Walsh and Senator Edward J. Markey also believe the crimes took place. Initially, Sen. Markey agreed to help (07/02/22) would have State Director Jim Cantwell handle my case matters and file a wrongful death lawsuit. Unfortunately, Markey was more concerned with helping to put the disgraced Rachael Rollins in a higher position and ILLEGALLY stifled my voice from testifying against her corrupt behavior.

It will be a day in HELL "another corrupt AG further harms me." That also applies to Suffolk DA Kevin R. Hayden, MSP Colonel John Mawn, Jr., Special FBI Agent Jodi Cohen, and Inspector Jeffrey Shapiro. Previously, I requested an emergency meeting with HR Ramon Pasqual (DA Hayden's Office) who took an abuse report, then said "he could no longer talk in case he was called upon as a witness." How do I file complaints against DA Hayden and his staff who are refusing to do their jobs?

This mounting political conspiracy warrants a full blown investigation, criminal charges filed and a grand jury convened. I am asking you to criminally Belmont PI Jeffrey D. Lasseter, Belmont Police Chief James G. MacIsaac and their coconspirators in the criminal eviction case since MSP Colonel and his staff are refusing to their jobs. I want the $2500 that Lasseter extorted from me immediately RETURNED.

As reported, the witch hunts involve fraud, bad faith and corrupt motives for the handpicked crooked judges who blatantly KILLED my innocent mother Frances, following my sister Beverley. There are clear indications that Housing Judge Michael E. Malamut violated the code of judicial conduct (and others before him) and should have already been sanctioned for failing to conduct proceedings in a fair and impartial manner in my cut and dry housing case.

For years, the Commission on Judicial Conduct refused to investigate bad judges involved in this shocking case and sanction them in pursuant to M. G. L. c. 211C. My sister Beverley and I pleaded to meet with Executive Director Howard Neff and others at the CJC and were further harmed. Neff knows the MURDERS of my innocent Catholic family members were 'Political Hit Jobs' and now has some blood on his hands.

✓ **Please schedule an emergency roundtable meeting to include Special FBI Agent Cohen, Inspector General Shapiro, and Colonel Mawn, MSP Trooper Steven Gallagher, Prosecutor Jennifer Cotter and others you normally work with in Public corruption cases.**

If you are unwilling to do your job, please assign special counsel and contact an emergency judge to immediately vacate the criminal eviction. I am available 24/7 to give a recorded statement.

Please advise.

Sincerely,

5/10/24, 2:25 PM
Case 1:24-cv-11698 Document 1-3 Filed 07/01/24 Page 2 of 7
Mail - janet pidge - Outlook

Janet J. Pidge

857.636.0796

C: C:

✓ Via First Class Mail to:
**Attorney General Andrea J. Campbell**
1 Ashburton Place, 20th Floor
Boston, MA **02108-1698**

(6 PAGES)

---

**From:** Hoag, Jamie D (AGO) <Jamie.D.Hoag@mass.gov>
**Sent:** Tuesday, May 7, 2024 12:56 AM
**To:** janet pidge <jjpidge@hotmail.com>
**Subject:** Automatic reply: 7 Chester Rd., Belmont, MA 05/18/23 (Officer Mike Horan)

Thank you for your message. I am out of the office through Thursday, May 9th. If you need immediate assistance, please contact Donna Villanucci at donna.villanucci@mass.gov.

Have a great week,

Jamie

---

**From:** janet pidge <jjpidge@hotmail.com>
**Sent:** Tuesday, May 7, 2024 12:56 AM
**To:** CONNIE.VALENTI@massmail.state.ma <CONNIE.VALENTI@massmail.state.ma>
**Cc:** kevin.r.hayden@state.ma.us <kevin.r.hayden@state.ma.us>; Tohme, Marc (SUF) <marc.tohme@mass.gov>; Gerry.Tuoti@mass.gov <Gerry.Tuoti@mass.gov>; Donoghue, Lauren B. (SAO) <lauren.donoghue@sao.state.ma.us>; diana@dianadizoglia.com <diana@dianadizoglia.com>; mara@maradolan.com <mara@maradolan.com>; Erin Murphy <erin.murphy@boston.gov>; joseph.masciangioli@masenate.gov <joseph.masciangioli@masenate.gov>; Ronald.Mariano@mahouse.gov <Ronald.Mariano@mahouse.gov>; Jacqueline.c.romero@usdoj.gov <Jacqueline.c.romero@usdoj.gov>; Jill Jacobson -Boston College Law <Jill.Jacobson@bc.edu>; Joseph.f.janezic@state.ma.us <Joseph.f.janezic@state.ma.us>; jennifer.zalnasky@state.ma.us <jennifer.zalnasky@state.ma.us>; linda.champion@mass.gov <linda.champion@mass.gov>; jamie.d.hoag@mass.gov <jamie.d.hoag@mass.gov>; Governor Sununu <governorsununu@nh.gov>; doj-cpb@doj.nh.gov <doj-cpb@doj.nh.gov>; c.hempel@northeastern.edu <c.hempel@northeastern.edu>; tzi.gal@gmail.com <tzi.gal@gmail.com>; Becker Mclennan, Deborah <debbmc@bu.edu>; dbecker@wbur.org <dbecker@wbur.org>; l.mckie@northeastern.edu <l.mckie@northeastern.edu>; ABeland@wbur.org <ABeland@wbur.org>; abrooks@wbur.org <abrooks@wbur.org>; MBebinger@wbur.org <MBebinger@wbur.org>; Edwards, Lydia (SEN) <lydia.edwards@masenate.gov>; Leslie Hergert <leslie.hergert@eldercare.org>; marta.covelo@eldercare.org <marta.covelo@eldercare.org>; Benenati, Ann (SUF) <ann.benenati@mass.gov>; kcormier@lpubliccounsel.net <kcormier@lpubliccounsel.net>; Annie Fowler <Annie.Fowler@eldercare.org>; hcmag@holycross.edu <hcmag@holycross.edu>; jnc@state.ma.us <jnc@state.ma.us>; David.Giannotti@state.ma.us <David.Giannotti@state.ma.us>; Jennifer.cotter@mass.gov <Jennifer.cotter@mass.gov>; jodi.cohen@ic.fbi.gov <jodi.cohen@ic.fbi.gov>; john.mawn@pol.state.ma.us <john.mawn@pol.state.ma.us>; David.Wilson@umb.edu <David.Wilson@umb.edu>; steven.gallagher@pol.state.ma.us <steven.gallagher@pol.state.ma.us>; jeffrey.s.shapiro@mass.gov <jeffrey.s.shapiro@mass.gov>; frank.james@wilmerhale.com <frank.james@wilmerhale.com>; Tom Stanley <Thomas.Stanley@mahouse.gov>; Representative Bradley H. Jones, Jr. <Bradley.Jones@mahouse.gov>; Senator Bruce E. Tarr Republican - First Essex and Middlesex <Bruce.Tarr@masenate.gov>; Attorney Brad Bailey <brad@bradbaileylaw.com>; bruce.love@wilmerhale.com <bruce.love@wilmerhale.com>; Attorney Michael C. Walsh <Walsh.lynnfield@gmail.com>
**Subject:** Re: 7 Chester Rd., Belmont, MA 05/18/23 (Officer Mike Horan)

Hi Connie,

Did you speak with DA Hayden who is responsible to take the case to court or assign special counsel to this egregious proceeding. This massive political conspiracy warrants a full blown investigation. To avoid duplication, I requested an emergency roundtable meeting.

I am also waiting to hear back from Assistant Attorney General Jamie Hoag, MSP Colonel John Mawn, Jr., Inspector General Jeffrey Shapiro, State Rep. Thomas Stanley, State Rep. Bradley Jones, Senator Bruce Tarr, Special FBI Agent Jodi Cohen and others.

Please advise.

Sincerely,
Janet J. Pidge
857.636.0796

P: S:
This past Friday, I revisited State Rep. Thomas Stanley (OOO) reported on the crimes to Assistant John Garland was referred back to Auditor Diana DiZoglio. I revisited Auditor DiZoglio (OOO) again met with Assistant Jane Marie Frain who promised to schedule an emergency meeting. I also tried to meet with MSP Trooper Steven Gallagher (OOO). Trooper Gallagher previously walked me over to Minority Leader Bradley Jones office and he promised to follow up with him.

# Sent from my iPhone

On May 1, 2024, at 12:55 PM, janet pidge <jjpidge@hotmail.com> wrote:

Dear Connie,

Please schedule an emergency meeting with Suffolk DA Kevin R. Hayden. On March 6, 2024, I revisited DA Hayden, Ann Benenati requested copies of the Boston police report involving serious elder abuse crimes that took place at Macy's Department Store.

Previously, you told me to ONLY meet with DA Hayden and offered to attend the meeting. You said "I am not only being abused it is multiple abuses."

Disturbingly, DA Hayden is refusing to do his job and hiding behind closed doors. I asked Attorney Marc Tohme to please accompany me to see an emergency judge and received no response. Tohme is Chief of District and Municipal Courts and is refusing to do his job.

Please advise.

Sincerely,
Janet J. Pidge
857.636.0796

P: S:
Assistant AG Jamie Hoag,
You called requested copies of the abuse report, and I requested an emergency roundtable meeting. You were previously interviewed, said "I enjoy working in government and for a public servant like Campbell, so teaching is a way to inspire the next generation of lawyers to go into public service." As reported, I have never met Attorney General Andrea Campbell (the people's lawyer) who ILLEGALLY (08/11/23) put me on a 'No-Visit-List' during my second visit to the AG's Criminal Bureau. I repeat, whoever is willing to help is later silenced.

**Shockingly, WBUR Reporter Deb Becker was going to report on my story (involves the disgraced Rachael Rollins) has since been silenced.**

---

From: janet pidge <jjpidge@hotmail.com>
Sent: Wednesday, May 1, 2024 12:02 PM
To: ddmagistris@belmontpd.org <ddmagistris@belmontpd.org>
Cc: mmoran@belmontpd.org17 <mmoran@belmontpd.org17>; pcowing@belmontpd.gov <pcowing@belmontpd.gov>; pgarabedian@belmontpd.org <pgarabedian@belmontpd.org>; editor@belmontonian.com <editor@belmontonian.com>;

chief@belmontpd.org <chief@belmontpd.org>; Tommasina Olson <tomi.olson@gmail.com>; john.mawn@pol.state.ma.us <john.mawn@pol.state.ma.us>; john.pinkham@pol.state.ma.us <john.pinkham@pol.state.ma.us>; cdonahue@belmontpd.org <cdonahue@belmontpd.org>; mhurley@belmontpd.org <mhurley@belmontpd.org>; mpugliese@belmontpd.org <mpugliese@belmontpd.org>; Benenati, Ann (SUF) <ann.benenati@mass.gov>; Constance Valenti <constance.valenti@mass.gov>; kevin.r.hayden@state.ma.us <kevin.r.hayden@state.ma.us>; Jodi.cohen@ic.fbi.gov <jodi.cohen@ic.fbi.gov>; joshua.s.levy@usdoj.gov <joshua.s.levy@usdoj.gov>; Cotter, Jennifer (AGO) <Jennifer.cotter@mass.gov>; jamie.d.hoag@mass.gov <jamie.d.hoag@mass.gov>; jamiedhoag@gmail.com <jamiedhoag@gmail.com>; townadministrator@belmont-ma.gov <townadministrator@belmont-ma.gov>; rje@royepstein.com <rje@royepstein.com>; Erin Murphy <erin.murphy@boston.gov>; david.solet@mass.gov <david.solet@mass.gov>; jeffrey.s.shapiro@mass.gov <jeffrey.s.shapiro@mass.gov>; Jeffrey Dean Lasseter <jeffreydL@outlook.com>; John Callaghan <jcallaghan@kellyfornh.com>; Governor Sununu <governorsununu@nh.gov>; DOJ: Attorney General <attorneygeneral@doj.nh.gov>; kboone@easton.ma.us <kboone@easton.ma.us>; Newton Mayor Ruthanne Fuller <rfuller@newtonma.gov>; Amy Sangiolo <amy.sangiolo@figcitynews.com>; mara@maradolan.com <mara@maradolan.com>; Mojdeh Rohani <mrohani@denovo.org>; jcarmichael@newtonma.gov <jcarmichael@newtonma.gov>; mcox.bpd@ci.boston.ma.us <mcox.bpd@ci.boston.ma.us>; cread@easton.ma.us <cread@easton.ma.us>; Edward Flynn <ed.flynn@boston.gov>; dmanning@gbls.org <dmanning@gbls.org>; mayor@city.waltham.ma.us <mayor@city.waltham.ma.us>; MICHELLE.WU@BOSTON.GOV <MICHELLE.WU@boston.gov>; prather27@hotmail.com <prather27@hotmail.com>; prather@comcast.com <prather@comcast.com>; gmgrosky@gmail.com <gmgrosky@gmail.com>; jbgsuave@aol.com <jbgsuave@aol.com>; david.pinkham@pol.state.ma.us <david.pinkham@pol.state.ma.us>; thomas.stanley@mahouse.gov <thomas.stanley@mahouse.gov>; Bruce.Tarr@masenate.gov <Bruce.Tarr@masenate.gov>; William Lonn <wlonn@denovo.org>; thomas.stanley@mahouse.gov <thomas.stanley@mahouse.gov>; steven.gallagher@pol.state.ma.us <steven.gallagher@pol.state.ma.us>

**Subject:** Re: 7 Chester Rd., Belmont, MA 05/18/23 (Officer Mike Horan)

Dear Lieutenant Magistris,

As discussed, we previously met during a past visit (accompanied by COA Tomi Olson) to the Belmont Police Department to give a recorded statement. Again, the BPD refused to enforce the law and deliberately put fragile life in further harm's way.

You told me to keep calling Chief James MacIsaac, Internal Affairs Investigator Chris Donahue and Det. Sgt. & Court Prosecutor Paul Garabedian who replaced the former CORRUPT Court Prosecutor Kevin Shea. I repeat, Administrative Assistant Donna Costello also refuses to return my emergency calls to schedule an emergency meeting with Chief MacIsaac who was previously asked to come clean.

Again, I followed your instructions received no call back, email from Chief MacIsaac and his Puppeteer staff (**excluding**) you, Lt. Paul Cowing, former Dispatcher Edward Pendergast, former Officer Matthew Stewart, and Det. Sgt. William Regan (only person who said "I am sorry for the loss of your sister"). Emergency calls, emails to Town Administrator Patrice Garvin, Belmont Select Board and also go unanswered.

In the past, I explained to Detective Michael Pugliese (11/18/22 -12:22 PM) for 37 minutes that my fragile life remains in imminent danger. He was briefed on the preplanned criminal eviction linked to the premeditated MURDER of my sister Beverley A. Finnegan, mounting political dangerous cover up and the deep dark secret that law enforcement kept hidden for years from my SLAIN sister Beverley and myself.

Disturbingly, the dishonorable Chief of **Police** MacIsaac is uncommitted to keeping Belmont a safe place to live for disfavored residents. He is so far being wrongfully shielded by Town Administrator Garvin, Belmont Select Board, Massachusetts State Police and other law enforcement agencies.

Again, please email Chief MacIsaac, Internal Affairs Investigator Donahue and Prosecutor Garabedian to schedule an emergency meeting (1) to take a recorded statement (2) investigate police misconduct and (3) to take the corrupt PI Jeffrey D. Lasseter to court for elder abuse, conspiracy, grand larceny and misleading investigators about what really happened at my unit (07/06/22). Previously MSP Officer Carol A. Patten promised to criminally charge Lasseter and his coconspirators, requested a copy of my $2500 check to return my monies and would revoke his license. As I told the MST and Waltham Mayor Jeannette McCarthy "Officer Patten is now criminally

involved in this mounting political cover up." Please copy me on your email request to Chief MacIsaac and staff.

Lynnfield Attorney Michael C. Walsh referred these egregious crimes to the MST to probe because high powered officials are criminally involved in this shocking case. Repeated emergency calls to Colonel John Mawn, Jr. and his staff go unanswered.

Thank you.

Sincerely,

Janet J. Pidge

857.636.0796

P: S:
Yesterday, Attorney Gregory L. Johnson returned my call. He was briefed on this dangerous mounting political cover up, past communications with former Essex Assistant DA Timothy C. Prather (Constitutional lawyer, Court Advocate) who initially agreed to help STOP the 'Second Murder Hit' put on my sister Beverley's precious life (it was a POLITICAL HIT JOB). He was brazenly stopped by the Massachusetts State Police from crossing jurisdiction lines because (the MSP) previously interviewed my sister Beverley and I at headquarters (Framingham, MA) and promised to act. Instead, they shoved our serious complaints under their dirty rug and stayed silent. Additional emergency requests to meet with a Senior Internal Affairs Investigator (MST) go unanswered. I told Attorney Johnson about the MSP, Newton Police, FBI and others who have ties to my estranged brother Frederick I. Pidge, who became a government informant. Attorney Johnson referred my complaints back to the local police, Greater Boston Legal Services and others involved and refused to provide a legal referral and contact the FBI (who are shunning me) on my behalf.

CC:
**Attorney Gregory L. Johnson**
Yannetti Criminal Defense Law Firm
44 School St #1000A
Boston, MA 02108

---

**From:** janet pidge <jjpidge@hotmail.com>
**Sent:** Thursday, April 18, 2024 9:14 AM
**To:** pgarabedian@belmontpd.org <pgarabedian@belmontpd.org>
**Cc:** ddmagistris@belmontpd.gov <ddmagistris@belmontpd.gov>; mmoran@belmontpd.org17 <mmoran@belmontpd.org17>; pcowing@belmontpd.gov <pcowing@belmontpd.gov>
**Subject:** 7 Chester Rd., Belmont, MA 05/18/23 (Officer Mike Horan)

Dear Prosecutor Garabedian,

This morning (8:30 AM) I left you a voicemail requesting an emergency meeting.

I also spoke with Detective Darin Demagistris (again) explained this massive political cover up involving Chief James MacIsaac, PI Jeffrey D. Lasseter, Internal Affairs Investigator Chris Donahue, former Prosecutor Kevin Shea, Attorney Charles R. Laverty III, Tomi Olson and other coconspirators.

In addition, I left another voicemail (04/18/24) for Chief MacIsaac to please turn himself into authorities and copied him on an earlier email this morning.

Please speak with Detective Demagistris and Officer Michael Horan regarding this crisis situation.

**Right now, I want PI Lasseter criminally charged (extorted $2500) with elder abuse, conspiracy, grand larceny etc. and want my money returned.**

Middlesex DA Marian Ryan is also criminally involved in the premeditated MURDER of my sister Beverley A. Finnegan and the preplanned criminal eviction, conspiracy, elder abuse etc.

For over 23 years, there's been no fairness, justice, and equality because high powered officials are criminally involved in this mounting political conspiracy. The criminal eviction is "political persecution" and Toll Brothers Regional Manager Erin O'Donnell refused to accept my rent check and was used as a court pawn.

I moved to the Bradford, Belmont, MA (after being abused at 7 Chester Rd., Belmont, MA) for security and was further targeted. I need an emergency injunction filed to vacate the criminal eviction to move back into The Bradford, MA and remain blacklisted.

Thank you.

Sincerely,
Janet J. Pidge
857.636.0796

May 18, 2023 7 Chester Rd., Belmont, MA
<IMG_2184.JPG>


<IMG_2186.JPG>

Sent from my iPhone
<051718 E from Dave Arnold.doc>
<070622 -2500 -Lasseter.pdf>
<012424 E Investigator Mossbach .pdf>
<022124 JNC -Wolohojian .pdf>

Janet J. Pidge
P.O. Box 263
Watertown, MA
02471-0263

5/18/2024

Attorney General Andrea J. Campbell
1 Ashburton Place, 20th Floor
Boston, MA 02108-1698


