6/26/24 - H-D to BRUCE BROISMAN, MANAGER, BCH (1)

**Thursday, January 25, 2024**

janet pidge <jjpidge@hotmail.com>
Wed 1/24/2024 2:53 PM
To:Michael Mosbach <Michael.Mosbach@eldercare.org>

4 attachments (2 MB)
030823 Email pgs 5-6 of 39 Atty Mike Walsh .pdf; Boston Police Dept 051823.pdf; 120122 Police Complaint.pdf; 080318 Office of the Bar Counsel .pdf;

Hi Michael,

Throughout this Hellish madness, I witnessed two premeditated MURDERS, have been subjected to increased Judiciary tyranny, civil right violations, ILLEGALLY forced onto the dangerous streets (full of drug addicts, alcoholics), was assaulted (etc.) and this all-out political war continues.

After we spoke (01/21/24), I was shocked and disgusted. You said "there is not enough evidence." I asked is it criminal to hit an elder victim, you said "yes." Further, I asked did you review the delayed police report/complaints involving Macy's Department Store, Boston, MA. You said "not fully." Again, I said "I have been terribly abused by over 30 handpicked treacherous judges and attacked on many levels while pleading to meet with a special prosecutor and emergency judge." I asked you to escalate this political corruption case to a senior investigator. You said "you are an investigator." I repeat, there is no case like this shocking case. The corruption, collusion, and deep political motivations are clear.

I do not like backtracking. During our first phone conversation, I told you "I am elder victim being terribly abused." And, during our first meeting you were briefed on the egregious crimes and mounting political cover up. My innocent Catholic family was being criminally targeted while law enforcement, lawmakers, judges, state and federal agencies denied us emergency protections. The horrific crimes were preventable. But again, because high powered officials are criminally responsible, the criminal crusade led to the tortured KILLINGS of my mother Frances A. Buttrick (12/26/14) my sister Beverley A. Finnegan (01/05/18) and now they want my blood.

I repeat, Boston Columnist Yvonne Abraham was going to report on the story. Instead, she covered up for the corrupt handpicked Superior Court Judge Douglas H. Wilkins (ret. 05/2023) who stayed hiding behind closed doors for a year. In short, he ILLEGALLY blocked a jury trial, further muzzled our (Beverley A. Finnegan, Janet J. Pidge) voices and deliberately put us in further harm's way. The Harvard Crimson was also going to report on the story and was later silenced. Wilkins received his undergraduate degree from Harvard College (1975) his J.D. from Harvard Law School (1978) and had legal, media and court connections. He previously practiced law with Anderson & Krieger and Palmer & Dodge who declined counsel to my sister Beverley and I. He also served as an assistant AG (had ties to former AG Martha Coakley) was chief of the Government Bureau and chief of the Trial Division for the AG's Office and his father was former SJC Chief Justice Herbert P. Wilkins and grandfather was the late SJC CJ Raymond S. Wilkins. **My sister and I tried to meet with former CJ Wilkins at Boston College, request denied.** In addition, I told you that J. Wilkins (while still hiding) wrongfully shuffled us to many other dangerous judges, including, Judge Bruce R. Henry (ret. 06/2022). **Henry was another monster like Wilkins.** My sister Beverley told Judge Henry "she is an abused victim" he literally ran out of the courtroom (something you see in a movie). Previously, Henry was a partner at Morrison, Mahoney & Miller, and another law firm who declined us counsel.

Without my testimony on record, this criminal living nightmare continues. Reporters were going to shed light on the significant details involving corrupt officials criminally targeting me and have been silenced. Another example, Attorney Michael Maloney, Maloney Law LLC. (Brocton, MA) said "I need media coverage. He promised to have his media connection call or text me (never happened). Previously Maloney lost to Rollins who replaced Suffolk County DA Daniel Conley.

<u>Fast forward to the U. S. Attorney's Office</u>: Rachael Rollins was a controversial pick to be Massachusetts' top federal law enforcer and twice needed Vice President Kamala Harris to break a tie for her nomination to move forward in the Senate amid fierce opposition from Republicans, who painted her as a radical. Sadly, Senators Edward J. Markey, Elizabeth Warren and former federal judge Nancy Gertner pushed for Rollins to be nominated to the post while ignoring my pending complaints against her. **The following statement is a blatant lie... "Rachael Rollins has for years dedicated herself to the people of Massachusetts and equal justice under the law."** Please read: <u>https://www.nbcboston.com/news/local/us-attorney-for-mass-resigning-after-justice-dept-ethics-probe/3046645/</u>
My voice was ILLEGALLY blocked to testify against former Suffolk DA Rollins undeserved nomination to become the state's top federal prosecutor. Had my testimony been on record, I would never have been subjected to this criminal eviction and the attacks that followed. The House Oversight Committee and Judiciary Committee continues to ILLEGALLY block my voice. I explained to you during our first meeting that my fragile remains in high danger and can trust absolutely nobody. You requested copies of my emails to the Cambridge Police and Vincent McCarthy. The emails highlighted how dangerous this premeditated housing crisis has become and the Washington DOJ forwarded my complaints back to the Boston FBI to probe and are shunning me and disconnecting my calls. They knew my sister Beverley (now a MURDER victim) and I were previously threatened by the Boston FBI which Senator Warren failed to probe (Warren stays hiding behind closed and now has blood on her hands).
The urgency right now, is to meet with a special prosecutor and to see an emergency judge. Corrupt officials are not above the law and this threatening cover up is being further compounded by shielding them. I repeat, the abusive connections between Middlesex DA Marian T. Ryan (resident: Belmont, MA) Belmont Police Chief James MacIsaac, Private Investigator Jeffrey D. Lasseter, former AG Maura Healey, Massachusetts State Police and the FBI are abusing their positions of power and obstructing justice. The Feds should have already moved me back into ~~my~~ The Bradford, Belmont, MA. I need security and would feel unsafe living in a larger City. In this housing crisis, policing does not exist because some of their own people are criminally involved, including, Chief MacIsaac who stays hiding behind closed doors.
**The only reason my sister Beverley and I required counsel was because the corrupt judges kept ILLEGALLY blocking jury trials and stifling our voices.**

My former counsel Lisa S. Belanger and Coreen R. Goodwin (in my sister's case) were going to sue ALL parties involved (minimum $80 million) and put the case before Judge Peter B. Krupp who detests nursing home abuse, etc. Belanger had her law license suspended on a different matter and believe Goodwin's was also suspended. They refuse to return my calls and are staying silent. I paid these fraudsters thousands of dollars for doing absolutely nothing. Later I learned through SJC Clerk Francis Kenneally they never even filed an emergency injunction to get my victimized sister Beverley released home. It's been lies, lies, and more lies. During my cut and dry housing case, I called SJC Clerk Kenneally back to intervene. I knew Judge Malamut was criminally targeting me and repeated requests for his recusal were ignored. It was during COVID, Kenneally was the only person at the Court and promised to call me back. It was just another Big lie.

I find myself in a very dangerous situation while being further abused on many levels. This case is ONLY complicated because high powered officials are criminally involved.

The reason I moved into The Bradford, Belmont, MA was for security (after being terribly abused at 7 Chester Road, Belmont, MA). I warranted early summary judgment that Housing Judge Malamut illegally withheld. I spent thousands on the case after my former lawyer Ed Rice wrongfully dropped it (believe Rice was warned to stay silent) and was subjected to another predictable witch hunt by J. Malamut.

Despite being abused by over 30 corrupt judges, your claim that "there is not enough evidence" is total rubbish.

I repeat, I stand by my serious charges against powerful officials who are criminally targeting me in this scandalous threatening case. Former AG Healey and the others have never refuted my serious claims and will never face until a grand jury is convened. My housing crisis escalated because this shocking case is entirely political.

Last week, my sneakers had holes in them from walking the streets in the snow and rain had to buy a cheap of sneakers that are not comfortable. I have about 6 new pairs of (Gary Vee K-Swiss sneakers and other brands, about 8 pairs of new shoes, clogs, winter boots, many, many clothes) and was purposely stolen. I am now having to dress in cheap clothes and want EVERYTHING returned.

I will see you tomorrow (10:00 AM) at Tatte Bakery and Cafe (Harvard Square) to further discuss this shocking political corruption case.

Sincerely,
Janet J. Pidge
857.636.0796